**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

**No. 25-1824**

**USA v. Anthony D. Bressi**

**(U.S. District Court No. 4:19-CR-00207-001)**

## APPLICATION FOR RELIEF PURSUANT TO F.R.A.P. 27 FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL AND FOR APPOINTMENT OF NEW COUNSEL

AND NOW COMES Anthony D. Bressi, Appellant in the above-captioned matter, and respectfully states the following:

1. On November 30, 2022, by Order of Chief Judge Matthew Brann of the Middle District of Pennsylvania, Undersigned Counsel was appointed to represent Appellant.
2. Prior to Undersigned Counsel's appointment, the Federal Public Defender's Office had been representing Appellant as stand-by counsel on the basis that Defendant wanted to represent himself.
3. On November 4, 2024, a six-day jury trial ended whereby Appellant was found guilty on all counts of the indictment.

4. Undersigned Counsel filed post-trial motions in support of judgment of acquittal but the majority of the motions were denied. A judgment of acquittal was granted with respect to the weight of one of the substances but had no impact on sentencing guidelines.
5. On April 15, 2025, Appellant was sentenced to three hundred sixty (360) months of incarceration.
6. Notice of Appeal in this Court was filed on April 25, 2025.
7. Pursuant to L.A.R. 109.1, counsel is expected to continue representation on appeal absent extraordinary circumstances. Counsel believes that such extraordinary circumstances exist which negatively affect the attorney-client relationship as set forth below.
8. On the morning of trial, the Defendant made a request for new counsel which was denied by the District Court due to the pendency of the trial.
9. During the sentencing hearing, Defendant expressed displeasure with counsel's trial presentation, specifically with regard to one of his proposed defenses.
10. Counsel further believes that this would be an appropriate time to withdraw as counsel and requests the appointment of new counsel for the Appellant.

WHEREFORE, Undersigned Counsel respectfully requests that her appearance be withdrawn and new counsel be appointed to represent Appellant.

Respectfully submitted,

s/Helen A. Stolinas

Helen A. Stolinas
Pa ID # 66738
The Mazza Law Group, P.C.
2790 W. College Ave., Suite 800
State College, PA 16801
Phone: (814) 237-6255
Fax: (814) 237-5752
Email: stolinas@mazzalaw.com

## CERTIFICATE OF CONCURRENCE

I, Helen A. Stolinas, do hereby certify that Assistant United States Attorney Geoffrey W. MacArthur concurs in the foregoing motion.

April 29, 2025

s/Helen A. Stolinas

Helen A. Stolinas
Pa ID # 66738
The Mazza Law Group, P.C.
2790 W. College Ave., Suite 800
State College, PA 16801
Phone: (814) 237-6255
Fax: (814) 237-5752
Email: stolinas@mazzalaw.com

# CERTIFICATE OF SERVICE

I, Helen A. Stolinas, Esquire, do hereby certify that this document, the foregoing **Motion to Withdraw as Counsel,** filed electronically through the ECF system will be sent to the registered Participants as identified on the Notice of Electronic Filing, including the following:

Geoffrey W. MacArthur, Esquire
Assistant United States Attorney

and by placing the same in the United States mail, first class, postage prepaid, at State College, Pennsylvania, addressed to the following:

Anthony D. Bressi
Clinton County Correctional Facility

April 29, 2025

s/Helen A. Stolinas

Helen A. Stolinas
Pa ID # 66738
The Mazza Law Group, P.C.
2790 W. College Ave., Suite 800
State College, PA 16801
Phone: (814) 237-6255
Fax: (814) 237-5752
Email: stolinas@mazzalaw.com